**Order entered May 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00237-CR

### JEFFREY MOTT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82489-10**

## ORDER

The Court has before it appellant's May 9, 2014 motion to extend time to file his brief.

We note that counsel filed an *Anders* brief in this case. The appeal is from appellant's conviction

following the adjudication of his guilt. Although counsel briefly discusses the original plea

hearing and states that evidence was presented, the reporter's record of the guilty plea hearing is

not before the Court. Moreover, the record reflects that the conditions of appellant's community

supervision were modified, but counsel does not discuss the proceedings, if any, at which the

modifications were made. Finally, counsel does not address any motions that were filed by

appellant. Accordingly, we conclude the brief does not satisfy the requirements of *Anders* and

its progeny. *See Jeffery v. State*, 903 S.W.2d 776 (Tex. App.—Dallas 1995, no pet.).

Accordingly, we **DENY** the May 9, 2014 extension motion as moot and **STRIKE** the *Anders* brief tendered by counsel.

We **ORDER** Kim Tinsley, official court reporter of the 401st Judicial District Court, to file, or coordinate the filing of, the reporter's record of the July 15, 2011 plea hearing, as well as the records of any other hearings, within **THIRTY DAYS** of the date of this order.

We **ORDER** counsel to file, within **SIXTY DAYS** of the date of this order, either an amended brief that complies with the requirements of *Anders* and its progeny or a brief raising issues on the merits.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Kim Tinsley, official court reporter, 301st Judicial District Court, and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE